**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
In re:

        BLOCKBUSTER INC., *et al.*,

                                  Debtors.

Chapter 11

Case No. 10-14997 (BRL)

(Jointly Administered)

------------------------------------------------------------------X
LYME REGIS PARTNERS, LLC

        Plaintiff

        vs.

CARL ICAHN, ICAHN PARTNERS LP, ICAHN
PARTNERS MASTER FUND II L.P., ICAHN
CAPITAL LP, AND ICAHN ASSOCIATES
CORP.

        Defendants

Adv. Proc. No. 10-05524 (BRL)

------------------------------------------------------------------X

APPEARANCES:

CADWALADER, WICKERSAM & TAFT LLP
John J. Rapisardi, Esq.
One World Financial Center
New York, New York, 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666
joh.rapisardi@cwt.com

Peter Friedman, Esq.
700 Sixth Street, N.W.
Washington, DC 20001
Telephone: (202) 862-2000
Facsimile: (212) 504-6666
Peter.friedman@cwt.com

*Attorneys for Carl Icahn, Icahn Partners LP, Icahn*
*Partners Master Fund LP, Icahn Partners Master Fund*
*II L.P., Icahn Partners Master Fund III L.P.,*
*Icahn Capital LP, and Icahn Associates Corp.*

The McMillan Law Firm, APC
Scott A. McMillian
Evan A. Kalooky
4670 Nebo Drive, Suite 200
La Mesa, CA 91941-5230
Telephone: (619) 464-1500 x 14
Facsimile:  (206) 600-5095

*Attorneys for Lyme Regis Partners, LLC,*
*a New York Limited Liability Company*

COOLEY LLP
Jay R. Indyke
Richard S. Kanowitz
Jeffrey L. Cohen
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 479-6000

*Counsel for the Official Committee of Unsecured Creditors*

Before: Hon. Burton R. Lifland
           United States Bankruptcy Judge

## ERRATA ORDER

ORDERED that Bench Memorandum and Decision Granting Motion for an Order Dismissing With Prejudice the Adversary Complaint for Equitable Subordination and Recharacterization Allowing, dated March 17, 2011, Dkt. No. 19 be amended as follows:

Page 2, title, delete "**AND ORDER**" and insert "**AND**" after "**BENCH MEMORANDUM**"

Page 2, line 2, insert "(the "Complaint")"after "complaint" and before "on December 23, 2010"

Page 2, line 7, replace "adversary complaint" with "Complaint"

Page 3, line 10, insert "the" after "applying" and before "standard"

Page 5, line 13, remove internal quote before "significantly"

Page 5, line 14, add "(internal quotations omitted)." after "(Bankr. S.D.N.Y. 2010)"

Page 5, line 17, change "thorough" to "through" after "value" and before "the bankruptcy"

Page 6, line 5, remove "," after "grounds" but before "if not amended"

Page 6, line 12, change "unsourceced" to "unsourced" after "pled on" and before "information"

Page 7, line 11, insert "of Directors" after the "Board"

Page 7, last line on the page, change "were" to "was" before "Icahn Entities"

Page 8, line 1, delete "non-statutory insiders" and add "a non-statutory insider"

Dated: New York, New York
   March 23, 2011                 /s/Burton R. Lifland_____
                                    United States Bankruptcy Judge