Scott A. McMillan, Cal. Bar. No. 212506
The McMillan Law Firm, APC
4670 Nebo Drive, Suite 200
La Mesa, CA 91941-5230
Telephone: (619) 464-1500 x 14
Facsimile: (206) 600-5095
scott@mcmillanlaw.us

Attorneys for Lyme Regis Partners, LLC,
a New York Limited Liability Company

*Admitted Pro Hac Vice*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br>BLOCKBUSTER INC., *et al.*,<br>　　　　　Debtors. | Chapter 11<br><br>Ch. 11 Case No. 10-14997-brl<br>Jointly Administered Cases |
| Lyme Regis Partners, LLC, a New York Limited Liability Company,<br>　　　　　Plaintiff,<br>v.<br>Carl Icahn, Icahn Partners LP, Icahn Partners Master Fund LP, Icahn Partners Master Fund II L.P., Icahn Partners Master Fund III L.P., Icahn Capital LP, and Icahn Associates Corp,<br>　　　　　Defendants. | Adv. Proc. No. 10-05524 (CGM) |

NOTICE OF LODGMENT OF ORDER DENYING MOTION FOR SANCTIONS

PLEASE TAKE NOTICE that the undersigned has presented the proposed

ORDER DENYING MOTION FOR SANCTIONS (the "Order") a copy of which is

attached hereto as Exhibit 'A,' by electronic court filing to the Honorable Cecelia G.

Morris, United States Bankruptcy Judge for the United States Bankruptcy Court for the

Southern District of New York (the "Bankruptcy Court") at One Bowling Green, New York, New York 10004, Courtroom 610 and or at the United States Bankruptcy Court for the Southern District of New York, 355 Main Street Poughkeepsie, NY 12601-3315("Chambers") for signature.

Persons, if any, objecting to the form or content of that order are required to file a statement of such objections, in writing, with the Clerk of the Court and to serve same up on the all parties named above within seven (7) days of service hereof.

Respectfully submitted,

THE MCMILLAN LAW FIRM, APC

Dated: February 16, 2014       /s/ Scott A. McMillan
                        BY:   _____
                              Scott A. McMillan
                              Attorneys for Creditor-Plaintiff,
                              Lyme Regis Partners, LLC

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 16, 2014, a true and correct copy of the following documents were served upon all parties identified below, in accordance with the Federal Rules of Bankruptcy Procedure by e-mail upon the parties that receive notifications in this case pursuant to the Court's ECF system, or by email to the addresses set forth below:

John J. Rapisardi on behalf on Defendants
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
(212)326-2000
Fax : (212)326-2061
Email: jrapisardi@omm.com

Herbert Beigel on behalf of Defendants
Herbet Beigel & Associates
38327 S. Arroyo Way
Tucson, AZ 85739
(520) 825-1995
Fax : (520) 844-6215
Email: hbeigel@gmail.com

Peter M. Friedman on behalf of Defendants
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
(202) 383-5300
Fax : (202) 383-5414
Email: pfriedman@omm.com

Dated: February 16, 2014         /s/ Scott A. McMillan

                                 BY:    _____

# EXHIBIT 'A'

10-05524-cgm    Doc 34    Filed 02/16/14    Entered 02/16/14 20:40:08    Main Document
Pg 4 of 7

Scott A. McMillan, Cal. Bar. No. 212506
The McMillan Law Firm, APC
4670 Nebo Drive, Suite 200
La Mesa, CA 91941-5230
Telephone: (619) 464-1500 x 14
Facsimile: (206) 600-5095
scott@mcmillanlaw.us

Attorneys for Lyme Regis Partners, LLC,
a New York Limited Liability Company

*Admitted Pro Hac Vice*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>BLOCKBUSTER INC., *et al.*,<br><br>　　　　　Debtors. | Chapter 11<br><br>Ch. 11 Case No. 10-14997-brl<br><br>Jointly Administered Cases |
| Lyme Regis Partners, LLC, a New York Limited Liability Company,<br>　　　　　Plaintiff,<br><br>v.<br><br>Carl Icahn, Icahn Partners LP, Icahn Partners Master Fund LP, Icahn Partners Master Fund II L.P., Icahn Partners Master Fund III L.P., Icahn Capital LP, and Icahn Associates Corp,<br><br>　　　　　Defendants. | Adv. Proc. No. 10-05524 (CGM) |

ORDER DENYING MOTION FOR SANCTIONS

On April 11, 2011, Defendants Carl Icahn, Icahn Partners LP, lcahn Partners

Master Fund LP, Icahn Partners Master Fund II L.P., Icahn Partners Master Fund III L.P.,

Icahn Capital LP, and Icahn Associates Corp., collectively the "Icahn Entities", moved the Court for an order imposing sanctions pursuant to 28 U.S.C. section 1927 and Rule of Bankruptcy Procedure 9011 against Lyme Regis Partners, LLC, The McMillan Law Firm APC, and Scott A. McMillan, collectively "Lyme Regis."[1]

The Court considered the Icahn Entities' Motion, and the legal arguments and evidence offered in support thereof. The Court likewise considered Lyme Regis's arguments and evidence in opposition thereto.

On June 22, 2011, the Court, the Hon. Burton R. Lifland presiding, held a hearing on the Icahn Entities' Motion, and heard argument from counsel.

---

[1] MOTION FOR AN ORDER PURSUANT TO BANKRUPTCY RULE 9011, 28 U.S.C. § 1927, AND THE INHERENT POWERS OF THE COURT FOR SANCTIONS AGAINST PLAINTIFF'S COUNSEL & LYME REGIS PARTNERS, LLC [Docket 24.]

At the conclusion of the hearing, the Court made its ruling, stated findings of fact and conclusions of law in open court, and expressly ordered the record. [Transcript, Docket 32.]

Accordingly, it is:

**ORDERED that the Icahn Entities' Motion is DENIED**.